

# COURT OF APPEALS

Thirteenth District

Corpus Christi – Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi – Edinburg, as of the 3rd day of October, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-12-00198-CV                    (Tr.Ct.No. CL-11-3510-E)

ROBERT MARKHAM,                                              Appellant,

v.

DEUTSCHE BANK NATIONAL                                        Appellee.
TRUST COMPANY, ET AL.,

On appeal to this Court from Hidalgo County, Texas.

★ ★ ★ ★ ★ ★ ★

# JUDGMENT

On appeal from the County Court at Law No. 5 of Hidalgo County, Texas, from an order signed February 27, 2012. Memorandum Opinion by Justice Gregory T. Perkes.

THIS CAUSE was submitted to the Court on December 17, 2012, on the record and briefs. These having been examined and fully considered, it is the opinion of the Court that there was some error in the judgment of the court below, and said judgment is hereby REVERSED AND REMANDED.

Costs of the appeal are adjudged against appellee, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ARGENT SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W5. It is further ordered that this decision be certified below for observance.

★ ★ ★ ★ ★ ★ ★
DORIAN E. RAMIREZ, CLERK